IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LYNNOTT ROGERS,

    Plaintiff,

  v.
                                      Case No.  20-cv-514-bbc

DR. SMESTAD, DR. LOVAS,
AND CINDY,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for failure to state a federal claim upon which relief may be granted.

| /s/ | 06/26/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |